CROSSROADS SYSTEMS, (TEXAS), INC., Plaintiff–Appellee,

v.

CHAPARRAL NETWORK STORAGE, INC., Defendant–Appellant.

No. 02–1158.

United States Court of Appeals, Federal Circuit.

Feb. 12, 2003.

Before NEWMAN, SCHALL, and DYK, Circuit Judges.

JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED: *AFFIRMED.* *See* Fed. Cir. R. 36

Gloria J. PATTERSON, Petitioner,

v.

UNITED STATES POSTAL SERVICE, Respondent.

No. 02–3132.

United States Court of Appeals, Federal Circuit.

Feb. 12, 2003.

Before NEWMAN, Circuit Judge, PLAGER, Senior Circuit Judge, and BRYSON, Circuit Judge.

JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED: *AFFIRMED.* *See* Fed. Cir. R. 36